UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| KORNBLUTH TEXAS, LLC | § | 21-32261 |
| | § | |
| DEBTOR | § | Chapter 11 |

### EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY-ONE DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.

EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

**To the Honorable Christopher M. Lopez United States Bankruptcy Judge:**

COMES NOW KORNBLUTH TEXAS, LLC, Debtor, and files this its Emergency Motion for Authority to Use Cash Collateral, and in support thereof would respectfully state as follows:

1. Movant is the Debtor and Debtor in Possession herein.

2. Debtor is indebted to the Wilmington Trust, National Association, as Trustee for the benefit of the registered holders of Wells Fargo Commercial Mortgage Trust 2016-LC25, Commercial Mortgage Pass-Through Certificates, Series 2016-LC25, by and through its special servicer, LNR Partners, LLC, and the Small Business Administration, which requires this emergency motion.

3. Debtor needs to continue its business in order to propose a plan of reorganization.

4. Debtor has no alternative borrowing source and to remain in business must be allowed to use its funds collected from normal business operations to pay its payroll, utilities, supplies, franchise fees, State and local tax, internet and cable, maintenance supplies, food and beverage supplies, insurance, 401k fees, and uniforms.

5. This motion is an emergency motion under Bankruptcy Rule 4001(b)(2). Pending a final hearing on the relief requested by this motion, the Debtor needs to use the cash collateral to avoid immediate and irreparable harm to the estate in that absent such use the Debtor would be required to cease operations and not be able to meet its financial obligations.

6. The cash collateral at issue herein is income from Debtor's regular business. The Debtor is requesting authorization for use of cash collateral for 14 days in the amount of $77,000.00. Obviously, the Debtor consent to giving Wilmington Trust, National Association, as Trustee for the benefit of the registered holders of Wells Fargo Commercial Mortgage Trust 2016-LC25, Commercial Mortgage Pass-Through Certificates, Series 2016-LC25, by and through its special servicer, LNR Partners, LLC, and the Small Business Administration replacement liens.

7. This motion is being filed as an emergency motion since the Debtor cannot spend any money until this motion is heard and granted and the Debtor requests that a hearing be set within a reasonable period of time. The undersigned certifies that an emergency does exist.

WHEREFORE, premises considered, the Debtor respectfully moves this Honorable Court to authorize the Debtor's use of cash collateral on an emergency basis and at a final hearing, and for such other and further relief as is just.

        Respectfully submitted,

        /s/ Margaret M. McClure
MARGARET M. MCCLURE
State Bar No. 00787997
25420 Kuykendahl Rd, Suite B300-1043
The Woodlands, Texas 77375
(713) 659-1333
(713) 658-0334 (fax)
E-mail: Margaret@mmmcclurelaw.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on all parties in interest as set out on the attached matrix either electronically or by U.S. mail or fax on July 5, 2021.

        /s/ Margaret M. McClure
MARGARET M. MCCLURE

**EXHIBIT "A"**

**Kornbluth Texas, LLP**
**Budget**

| Income | | Total 1-14 Days | 30 days |
|---|---|---:|---:|
| Gross Monthly Income | | 122,000.00 | 279,000.00 |
| | Total | 122,000.00 | 279,000.00 |

| Expenses | Total 1-14 Days | 30 days |
|---|---:|---:|
| Employee Payroll | 24,000.00 | 49,000.00 |
| State and Local Tax | 13,000.00 | 25,000.00 |
| Utilities | 7,500.00 | 15,000.00 |
| Supplies | 7,500.00 | 15,000.00 |
| Maintenance Supplies | 5,000.00 | 10,000.00 |
| Franchise | 8,000.00 | 15,000.00 |
| Internet & Cable | 2,500.00 | 5,000.00 |
| Insurance | 600.00 | 600.00 |
| Food & Beverage Supplies | 4,500.00 | 9,000.00 |
| Uniforms | 125.00 | 250.00 |
| Unexpected Expense | 2,500.00 | 5,000.00 |
| 401K | 1,000.00 | 2,000.00 |
| **Total Expenses** | **76,225.00** | **150,850.00** |
| **Net Income** | **45,775.00** | **128,150.00** |

```
Label Matrix for local noticing          Kornbluth Texas, LLC                     4
0541-4                                   302 W. Bay Area Blvd.                    United States Bankruptcy Court
Case 21-32261                            Webster, TX 77598-4116                   PO Box 61010
Southern District of Texas                                                        Houston, TX 77208-1010
Houston
Mon Jul  5 09:28:54 CDT 2021

Harris County, et al                     Harris County, et al                     Harris County, et al
P.O. Box 3547                            P.O. Box 4622                            c/o Mr. John P. Dillman
Houston, TX 77253-3547                   Houston, TX 77210-4622                   P.O. Box 3064
                                                                                  Houston, TX 77253-3064


Texas Comptroller of Public Accounts     (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Texas Comptroller of Public Accounts
111 E. 17th Street                       REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  c/o Office of the Attorney General
Austin, TX 78774-0100                    PO BOX 13528                             P.O. Box 12548
                                         AUSTIN TX 78711-3528                     Austin, TX 78711-2548


U.S. Small Business Administration       US Trustee                               Wilmington Trust, NA
10737 Gateway West, Suite 300            Office of the US Trustee                 1100 North Market Street
El Paso, TX 79935-4910                   515 Rusk Ave                             Wilmington, DE 19890-0001
                                         Ste 3516
                                         Houston, TX 77002-2604


Wilmington Trust, NA                     Margaret Maxwell McClure
c/o Debbie E. Green/Mark L. Patterson    Attorney at Law
2501 North Harwood Street, Suite 1900    25420 Kuykendahl
Dallas, TX 75201-1664                    Suite B300-1043
                                         The Woodlands, TX 77375-3405
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Texas Comptroller of Public Accounts
P.O. Box 149359
Austin, TX 78714-9359
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(d)Kornbluth Texas, LLC                  End of Label Matrix
302 W. Bay Area Blvd.                    Mailable recipients    13
Webster, TX 77598-4116                   Bypassed recipients     1
                                         Total                  14
```