# UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| KORNBLUTH TEXAS, LLC | § | 21-31166 |
| | § | |
| DEBTOR | § | Chapter 11 |

## ORDER AUTHORIZING INTERIM USE
## OF CASH COLLATERAL

On motion of the Debtor, KORNBLUTH TEXAS, LLC, for interim use of cash collateral, and the Court finding that there is good cause for granting same in part, it is accordingly

ORDERED that the Debtor, KORNBLUTH TEXAS, LLC, may use cash collateral on an interim basis pending final hearing hereof, to pay payroll, utilities, supplies, franchise fees, State and local tax, internet and cable, maintenance supplies, food and beverage supplies, insurance, 401k fees, and uniforms.

ORDERED that KORNBLUTH TEXAS, LLC, is authorized to use $77,000.00 of its cash collateral pending final hearing hereof as set out in Exhibit "A" hereto.

A final cash collateral hearing shall be held at _____ __.m., _____, 2021, in Courtroom 401, 515 Rusk Avenue, Houston, Texas 77002.

SIGNED the _____ day of _____, 2021.

_____
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT "A"
## Kornbluth Texas, LLP
### Budget

| Income | Total 1-14 Days | 30 days |
|---|---:|---:|
| Gross Monthly Income | 122,000.00 | 279,000.00 |
| **Total** | **122,000.00** | **279,000.00** |

| Expenses | Total 1-14 Days | 30 days |
|---|---:|---:|
| Employee Payroll | 24,000.00 | 49,000.00 |
| State and Local Tax | 13,000.00 | 25,000.00 |
| Utilities | 7,500.00 | 15,000.00 |
| Supplies | 7,500.00 | 15,000.00 |
| Maintenance Supplies | 5,000.00 | 10,000.00 |
| Franchise | 8,000.00 | 15,000.00 |
| Internet & Cable | 2,500.00 | 5,000.00 |
| Insurance | 600.00 | 600.00 |
| Food & Beverage Supplies | 4,500.00 | 9,000.00 |
| Uniforms | 125.00 | 250.00 |
| Unexpected Expense | 2,500.00 | 5,000.00 |
| 401K | 1,000.00 | 2,000.00 |
| **Total Expenses** | **76,225.00** | **150,850.00** |
| **Net Income** | **45,775.00** | **128,150.00** |

APPROVED AS TO FORM:


/s/ Margaret M. McClure
_____
MARGARET M. MCCLURE
State Bar No. 00787997
25420 Kuykendahl Rd, Suite B300-1043
The Woodlands, Texas 77375
(713) 659-1333
(713) 658-0334 (fax)
E-mail: Margaret@mmmcclurelaw.com

ATTORNEY FOR DEBTOR