## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No: 21-32261 | Name of Debtor: Kornbluth Texas, LLC |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Cheryl Tyler | Judge:  Christopher Lopez |
| | Courtroom Deputy: |
| | Hearing Date:  7/7/2021 |
| | Hearing Time:  9:00 a.m. |
| | Party's Name:  Kornbluth Texas, LLC |
| | Attorney's Name:  Margaret M. McClure |
| | Attorney's Phone:  713-659-1333 |
| | Nature of Proceeding: Interim Cash Collateral and Payroll |
| | |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Budget | | | | |
| 2 | Payroll | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.