

ENTERED
07/07/2021

# UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| KORNBLUTH TEXAS, LLC | § | 21-32261 |
| | § | |
| DEBTOR | § | Chapter 11 |

## ORDER AUTHORIZING INTERIM USE
## OF CASH COLLATERAL

On motion of the Debtor, KORNBLUTH TEXAS, LLC, for interim use of cash collateral, and the Court finding that there is good cause for granting same in part, it is accordingly

ORDERED that the Debtor, KORNBLUTH TEXAS, LLC, may use cash collateral on an interim basis pending final hearing hereof, to pay payroll, utilities, supplies, franchise fees, State and local tax, internet and cable, maintenance supplies, food and beverage supplies, insurance, 401k fees, and uniforms in accordance with the attached budget.

ORDERED that KORNBLUTH TEXAS, LLC, is authorized to use $77,000.00 of its cash collateral pending final hearing hereof as set out in Exhibit "A" hereto.

The United States and Wilmington Trust, shall receive replacement liens encumbering property of the estate acquired after the petition date in the same extent, validity, and priority to which their liens attached before the petition.

Notwithstanding anything hereto, all post-petition fees owed by Debtor to Holiday Hospitality Franchising, LLC ("HHF") pursuant to that certain Holiday Inn® Hotel Change of Ownership License Agreement dated October 20, 2016 (as may have been amended, the "License Agreement") between HHF, as licensor, and Debtor, as licensee, shall be paid in full on a monthly basis and in the ordinary course, and shall not be limited by the Budget.

A final cash collateral hearing shall be held on July 21, 2021.

Signed: July 07, 2021

_____
Christopher Lopez
United States Bankruptcy Judge

EXHIBIT "A"

**Kornbluth Texas, LLP**
**Budget**

| **Income** | | **Total 1-14 Days** | **30 days** |
|---|---|---:|---:|
| Gross Monthly Income | | 122,000.00 | 279,000.00 |
| | Total | **122,000.00** | **279,000.00** |
| | | | |
| **Expenses** | | **Total 1-14 Days** | **30 days** |
| Employee Payroll | | 24,000.00 | 49,000.00 |
| State and Local Tax | | 13,000.00 | 25,000.00 |
| Utilities | | 7,500.00 | 15,000.00 |
| Supplies | | 7,500.00 | 15,000.00 |
| Maintenance Supplies | | 5,000.00 | 10,000.00 |
| Franchise | | 8,000.00 | 15,000.00 |
| Internet & Cable | | 2,500.00 | 5,000.00 |
| Insurance | | 600.00 | 600.00 |
| Food & Beverage Supplies | | 4,500.00 | 9,000.00 |
| Uniforms | | 125.00 | 250.00 |
| Unexpected Expense | | 2,500.00 | 5,000.00 |
| 401K | | 1,000.00 | 2,000.00 |
| | **Total Expenses** | **76,225.00** | **150,850.00** |
| | **Net Income** | **45,775.00** | **128,150.00** |