IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 21-32261 |
| **Kornbluth Texas, LLC,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## Notice of Appearance and Request for Service

Please take notice that the undersigned is counsel for the United States of America in this case.  The United States of America requests that all notices and instruments filed in this case be served on the counsel listed below at the following address:

>Richard A. Kincheloe
>Assistant United States Attorney
>Southern District of Texas
>1000 Louisiana St., Suite 2300
>Houston, TX 77002
>E-mail: Richard.Kincheloe@usdoj.gov

Dated:  July 8, 2021.

>Respectfully submitted,
>
>JENNIFER B. LOWERY,
>Acting United States Attorney
>
>By:   *s/ Richard A. Kincheloe*
>Richard A. Kincheloe
>Assistant United States Attorney
>Attorney-in-Charge
>United States Attorney's Office
>Southern District of Texas
>Texas Bar No. 24068107
>S.D. Tex. ID No. 1132346
>1000 Louisiana St., Suite 2300
>Houston, Texas 77002

>Telephone: (713) 567-9422
>Facsimile: (713) 718-3033
>Email:  Richard.Kincheloe@usdoj.gov
>**Attorney for the United States**

### Certificate of Service

The undersigned certifies that he served a true and correct copy of the foregoing Notice on the parties receiving ECF notification in this case on July 8, 2021, by ECF notice.

> *s/ Richard A. Kincheloe*
> Richard A. Kincheloe
> Assistant United States Attorney