# EXHIBIT K

3/31/2021 4:48:27 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 52031533
By: ABDUL-BARI, FATIMAH
Filed: 3/31/2021 4:48:27 PM

CAUSE NO. 2020-69733

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS | § | IN THE DISTRICT COURT |
| AND | § | |
| HOUSTON SPORTS AUTHORITY | § | |
| | § | |
| V. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| KORNBLUTH TEXAS, LLC | § | |
| DBA | § | |
| HOLIDAY INN WEBSTER | § | 269TH JUDICIAL DISTRICT |

### DEFAULT JUDGMENT AS TO KORNBLUTH TEXAS, LLC DBA HOLIDAY INN WEBSTER

BE IT REMEMBERED, that on this day came on to be heard the above entitled and numbered cause, wherein **HARRIS COUNTY, TEXAS AND HOUSTON SPORTS AUTHORITY** are the Plaintiffs and **KORNBLUTH TEXAS, LLC DBA HOLIDAY INN WEBSTER,** is the Defendant. The Plaintiffs appeared by and through its attorney of record and announced ready for trial. Defendant, **KORNBLUTH TEXAS, LLC DBA HOLIDAY INN WEBSTER,** although having been duly and legally served with citation which has been returned to the clerk where it remained on file for the time required by law, failed to appear or answer herein, and wholly made default.

**WHEREAS, KORNBLUTH TEXAS, LLC DBA HOLIDAY INN WEBSTER** (Defendant), owned and/or operated that certain hotel known as "Holiday inn Webster", located at 302 W Bay Area Boulevard, Houston, Texas 77070 (Establishment).

| | |
|---|---|
| Legal Description: | **RES C BLK 1**<br>**ONE BAY AREA PLAZA** |
| HCAD No: | **1297070010003** |
| Tax Account No: | **10100084300** |

Harris County Attorney's Office Case No. : **20-524949-HOT**

The Court, finding that it has jurisdiction of the parties and subject matter, has read the pleadings, the papers on file, and the evidence, and is of the opinion that the allegations of the Plaintiff's petition have been admitted and that the cause of action is liquidated and proved by

instruments in writing, copies of which are attached to Plaintiff's Original Petition and Application for Temporary and Permanent Injunctions, and copies thereof are attached hereto and incorporated herein for all purposes as set forth in full as Exhibit "B".

The Court further finds that the Defendant is now indebted to the Plaintiff, **HARRIS COUNTY, TEXAS AND HOUSTON SPORTS AUTHORITY,** in the sum of **$33,276.46**, by law is due and owing to the Plaintiff, as attached hereto as Exhibit "A".

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** that **HARRIS COUNTY, TEXAS AND HOUSTON SPORTS AUTHORITY,** Plaintiff, have and recover of and from **KORNBLUTH TEXAS, LLC DBA HOLIDAY INN WEBSTER,** the sum of **$33,276.46**, which includes the County Hotel Occupancy Tax, penalties, and interest shown in the certified certificate to Plaintiff's petition with post-judgment interest thereon at the rate of five percent (5%); per annum from the date of this judgment until paid**;** attorney's fees in the amount of **$2,750.00** with post-judgment interest thereon at the rate of five percent (5%) per annum from the date of this judgment until paid; the sum of **$363.25** of court costs, with post-judgment interest thereon at the rate of five percent (5%) per annum from the date of this judgment until paid; and all other taxable costs of court with post-judgment interest thereon at the rate of five percent (5%) per annum from the date of this judgment until paid.

The Plaintiff is granted such writs and process as may be necessary in the enforcement and collection of this judgment.  All relief not expressly granted herein is denied.

SIGNED this the _____ day of _____, 2021.

Signed:
5/7/2021
5:09 PM

**JUDGE PRESIDING**