# EXHIBIT G-5

## ALLONGE

ALLONGE to that certain Promissory Note dated as of October 21, 2016 in the original principal amount of $8,350,000.00, executed by KORNBLUTH TEXAS, LLC, a Texas limited liability company, payable to the order of RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company.

Pay to the order of RMF SUB 1, LLC, a Delaware limited liability company, its successors, participants and assigns, without recourse.

Dated as of the _____ day of December, 2016

        **RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company**

        By: _____
        Name: Marshall Van Smith
        Title: Authorized Signatory

Reference No.: 4435.017
Matter Name: Holiday Inn Webster
Pool: WFCM 2016-LC25