# EXHIBIT G-7

RP-2017-117838
03/21/2017   ER   $28.00

# ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

RMF SUB 1, LLC, a Delaware limited liability company
(Assignor)

to

RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company
(Assignee)

County of Harris
State of Texas

DOCUMENT PREPARED BY AND WHEN RECORDED, RETURN TO:
McCoy & Orta, P.C.
100 North Broadway, 26th Floor
Oklahoma City, Oklahoma 73102
Telephone: 888-236-0007

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

RMF SUB 1, LLC, a Delaware limited liability company, having an address at 600 Madison Avenue, 12th Floor, New York, NY 10022, ("Assignor"), as the holder of the instrument hereinafter described and for valuable consideration hereby endorses, assigns, sells, transfers and delivers to RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company, having an address at 600 Madison Avenue, 12th Floor, New York, NY 10022, ("Assignee"), its successors, participants and assigns, without recourse or warranty, all right, title and interest of Assignor in and to that certain:

ASSIGNMENT OF LEASES AND RENTS made by KORNBLUTH TEXAS, LLC, a Texas limited liability company to RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company dated as of October 21, 2016 and recorded on October 25, 2016, as Instrument Number RP-2016-481295 in the Recorder's Office of the County Clerk of Harris County, Texas ("Recorder's Office") (as the same has heretofore been amended, modified, restated, supplemented, renewed or extended) ("Assignment of Leases"), securing payment of note(s) of even date therewith, in the original principal amount of $8,350,000.00, and creating a first lien on the property described in Exhibit A attached hereto and by this reference made a part hereof.

The Assignment of Leases was assigned to RMF SUB 1, LLC, by assignment instrument(s) recorded in the Recorder's Office simultaneously herewith.

Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest provided for therein, and hereby irrevocably appoints Assignee hereunder its attorney to collect and receive such debt, and to foreclose, enforce and satisfy the foregoing the same as it might or could have done were these presents not executed, but at the cost and expense of Assignee.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURE(S) ON THE FOLLOWING PAGE]

RP-2017-117838

Reference No.: 4435.017
Matter Name: Holiday Inn Webster
Pool: WFCM 2016-LC25

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed this __3__ day of January, 2017.

        RMF SUB 1, LLC, a Delaware limited liability company

By: _____
Name:    Marshall Van Smith
Title:     Authorized Signatory

STATE OF FLORIDA     §
                                  §
COUNTY OF MIAMI-DADE  §

    On the __3__ day of January, 2017, before me, the undersigned, a Notary Public in and for said state, personally appeared Marshall Van Smith, personally known to me ~~or proved to me on the basis of satisfactory evidence~~ to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity as Authorized Signatory of RMF SUB 1, LLC, a Delaware limited liability company, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

    WITNESS my hand and official seal.

Name of Notary Public
My Commission Expires:

MARIA C. GONZALEZ
Commission # FF 944216
Expires August 24, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

RP-2017-1117838

Reference No.: 4435.017
Matter Name: Holiday Inn Webster
Pool: WFCM 2016-LC25

# EXHIBIT A

# LEGAL DESCRIPTION

Fee Parcel

Tract 1:

Unrestricted Reserve "C", Block 1, of One Bay Area Plaza, Harris County, Texas recorded under Film Code Number 612277 of the Map Records of Harris County, Texas; and

Easement:

TOGETHER WITH easement described in Easement Agreement, dated December 21, 2006, executed by and between Bay Area 4.5, Ltd., and Webster Hotel, LLC., as set forth in instrument(s) recorded at Harris County Clerk's File No. 20060296799 corrected by 20080242828 of the Real Property Records of Harris County, Texas. As shown and noted on survey prepared by Prime Texas Surveys, dated September 30, 2016; Job No. 161190.

TOGETHER WITH easement described in Easement Agreement, dated dated December 6, 2007, executed by and between Bay Area 4.5, Ltd., and Webster Hotel, LLC., as set forth in instrument recorded at Harris County Clerk's File No. 20070727577 of the Real Property Records of Harris County, Texas and ratified by Narendra Maran, as set forth in Ratification of Plat and Easement Agreement recorded under Clerk's File No. 20080242827 of the Real Property Records of Harris County, Texas. As shown and noted on survey prepared by Prime Texas Surveys, dated September 30, 2016; Job No. 161190.

RP-2017-117838

Reference No.: 4435.017
Matter Name: Holiday Inn Webster
Pool: WFCM 2016-LC25

RP-2017-117838

# Pages 5

03/21/2017 09:20 AM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

STAN STANART

COUNTY CLERK

Fees $28.00

RP-2017-117838

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

*Stan Stanart*

COUNTY CLERK
HARRIS COUNTY, TEXAS