# EXHIBIT G-10

## ALLONGE

ALLONGE to that certain Promissory Note dated as of October 21, 2016 in the original principal amount of $8,350,000.00, executed by KORNBLUTH TEXAS, LLC, a Texas limited liability company, payable to the order of RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company.

Pay to the order of WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2016-LC25, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-LC25, without recourse, representation or warranty.

Dated as of the _____ day of December, 2016

          **RIALTO MORTGAGE FINANCE, LLC, a Delaware limited liability company**

          By: _____
          Name: Marshall Van Smith
          Title: Authorized Signatory