# EXHIBIT G-15

## ALLONGE

ALLONGE to that certain Promissory Note dated October 21, 2016, payable by **KORNBLUTH TEXAS, LLC**, a Texas limited liability company, to the order of **RIALTO MORTGAGE FINANCE, LLC**, a Delaware limited liability company, in the original principal amount of EIGHT MILLION THREE HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($8,350,000.00).

PAY TO THE ORDER OF WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC, a Delaware limited liability company,

**WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.**

**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2016-LC25, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2016-LC25**

[NO CORPORATE SEAL]

By: LNR Partners, LLC, a Florida limited liability company, its Attorney-in-Fact under that certain Limited Power of Attorney dated January 27, 2021

By: _____
Name: Job Warshaw
Title: President