# EXHIBIT Q

# Holiday INN Webster

PROFIT AND LOSS

January - December 2019

|  | TOTAL |
|---|---:|
| Income |  |
|   4000 Room Sales | 2,187,538.38 |
|   4010 Food & Beverage Sales | 192,901.03 |
|   Sales of Product Income | 21,722.61 |
| **Total Income** | **$2,402,162.02** |
| Cost of Goods Sold |  |
|   5010 Cost of Goods Sold - Food & Beverage |  |
|     5010.1 Alcohol expense | 18,095.49 |
|     5010.2 Food & Supplies COGS | 93,566.20 |
|   **Total 5010 Cost of Goods Sold - Food & Beverage** | **111,661.69** |
|   5020 Cost of Labor - Hotel |  |
|     5020.2 Wages | 524,565.99 |
|     5020.3 Officer's Wages | 187,780.10 |
|   **Total 5020 Cost of Labor - Hotel** | **712,346.09** |
|     5021 Supplies and Materials - Hotel | 1,226.97 |
|     5022 Laundry supplies | 15,564.08 |
|   **Total 5021 Supplies and Materials - Hotel** | **16,791.05** |
|   5030 Operational Franchise Fees | 336,476.97 |
| **Total Cost of Goods Sold** | **$1,177,275.80** |
| **GROSS PROFIT** | **$1,224,886.22** |
| Expenses |  |
|   6000 Advertising | 1,512.46 |
|     6001 Promotional | 107.28 |
|   **Total 6000 Advertising** | **1,619.74** |
|   6010 Auto Expense |  |
|     6011 Vehicle expense | 14,934.70 |
|   **Total 6010 Auto Expense** | **14,934.70** |
|   6100 Computer Lease | 4,105.62 |
|   6200 Bank Charges & Merchant Fees |  |
|     6201 Bank Charges | 2,116.03 |
|     6202 Merchant & CC Fees | 12,129.63 |
|   **Total 6200 Bank Charges & Merchant Fees** | **14,245.66** |
|   6300 Business Supplies | 342.99 |
|   6301 Office Supplies/ Expense | 10,517.42 |
|   6302 Lobby Materials | 2,801.23 |
|   6303 Postage | 107.00 |
|   6304 Kitchen Supplies | 1,523.16 |
|   6310 Stationery & Printing | 25.50 |

# Holiday INN Webster

PROFIT AND LOSS

January - December 2019

|  | TOTAL |
|---|---:|
| 6320 Guest Services | 9,432.66 |
|   6321 Dry Cleaning | 1,751.84 |
| **Total 6320 Guest Services** | **11,184.50** |
| **Total 6300 Business Supplies** | **26,501.80** |
| 6330 Housekeeping Supplies | 1,859.41 |
| 6350 Shipping and Delivery Expense | 33.04 |
| 6380 Employee Benefits |  |
|   6381 401K Employer Match | 13,541.65 |
|   6382 Employee Meals | 2,673.39 |
| **Total 6380 Employee Benefits** | **16,215.04** |
| 6400 Insurance |  |
|   6410 Insurance - Disability | 1,526.00 |
|   6420 Insurance - Liability | 135,286.55 |
|   6490 Insurance Biil and Delores | 0.00 |
|   6491 Life Insurance | 4,500.00 |
|   6499 Insurance Cheryl Health | 0.00 |
| **Total 6400 Insurance** | **141,312.55** |
| 6450 Interest Expense | 407,515.02 |
| 6500 Dues & Subscriptions | 2,447.50 |
| 6600 Legal/Professional/Accounting Fees |  |
|   6601 ADP Payroll Fees | 0.00 |
|     6601.1 Payroll fees | 9,254.66 |
| **Total 6601 ADP Payroll Fees** | **9,254.66** |
|   6602 Legal & Professional Fees | 4,416.00 |
|   6604 Accounting Fees | 15,151.25 |
| **Total 6600 Legal/Professional/Accounting Fees** | **28,821.91** |
| 6700 Meals and Entertainment | 821.82 |
|   6701 Travel Meals | 354.10 |
| **Total 6700 Meals and Entertainment** | **1,175.92** |
| 6720 Security | 108.20 |
| 6750 Travel | 6,103.96 |
| 6780 Repair & Maintenance | 16,600.84 |
| 6781 Pest control | 3,117.35 |
| 6782 Plumbing | 7,573.03 |
| 6783 Computer Repairs & Maintenance | 1,847.05 |
| 6784 Landscaping & Lawn Maint | 1,721.50 |
| 6784 Landscaping & Lawn Maintmaint | 1,178.49 |
| 6785 Maintenance Supplies | 49,035.26 |
| 6786 Tools | 1,362.80 |
| 6787 HVAC Repair and Maint. | 18,156.62 |
| 6788 Building Repairs | 26,592.79 |

# Holiday INN Webster

PROFIT AND LOSS

January - December 2019

|  | TOTAL |
|---|---:|
| 6790 Equipment Repairs | 5,508.78 |
| **Total 6780 Repair & Maintenance** | **132,694.51** |
| 6800 Utilities |  |
|   6810 Cable | 18,692.69 |
|   6820 Gas & Electricity | 94,487.67 |
|   6830 Telephone | 6,385.41 |
|   6840 Internet | 3,633.06 |
|   6850 Water | 33,540.76 |
|   6860 Waste & Disposal Fees | 4,337.04 |
| **Total 6800 Utilities** | **161,076.63** |
| 6900 Taxes & Licenses |  |
|   6901 Payroll Taxes | 54,930.33 |
| **Total 6900 Taxes & Licenses** | **54,930.33** |
| 6902 Occupancy tax | 277,129.72 |
| 6910 State Tax | 8,332.00 |
| 6940 Property Tax Paid |  |
|   6941 Real Property | 189,387.84 |
| **Total 6940 Property Tax Paid** | **189,387.84** |
| Uniforms | 201.09 |
| **Total Expenses** | **$1,490,752.19** |
| NET OPERATING INCOME | $ -265,865.97 |
| Other Income |  |
|   7000 Interest Income | 67.46 |
|     7002 Amex Savings | 251.57 |
|     7003 GE Capital | 1,149.34 |
|     7004 BBVA | 7,346.59 |
|   **Total 7000 Interest Income** | **8,814.96** |
| **Total Other Income** | **$8,814.96** |
| Other Expenses |  |
|   8010 Amortization Expense | 3,633.00 |
|   8020 Depreciation Expense | 384,328.00 |
|   9000 - Bad Debt Expense | 11,007.30 |
|   Fines and Penalties | 1,711.00 |
| **Total Other Expenses** | **$400,679.30** |
| NET OTHER INCOME | $ -391,864.34 |
| NET INCOME | $ -657,730.31 |