# EXHIBIT R

# Holiday INN Webster

PROFIT AND LOSS

January - December 2020

|  | TOTAL |
|---|---:|
| **Income** | |
|    4000 Room Sales | 998,234.12 |
|    4010 Food & Beverage Sales | 102,008.18 |
|    dep food and beverage sales | 772.05 |
|    transfer funds | 50,000.00 |
| **Total Income** | **$1,151,014.35** |
| **Cost of Goods Sold** | |
|    5010 Cost of Goods Sold - Food & Beverage | 128.82 |
|      5010.1 Alcohol expense | 1,927.74 |
|      5010.2 Food & Supplies COGS | 11,126.40 |
|    **Total 5010 Cost of Goods Sold - Food & Beverage** | **13,182.96** |
|    5020 Cost of Labor - Hotel | |
|      5020.2 Wages | 157,291.84 |
|    **Total 5020 Cost of Labor - Hotel** | **157,291.84** |
|    5030 Operational Franchise Fees | 72,683.98 |
| **Total Cost of Goods Sold** | **$243,158.78** |
| **GROSS PROFIT** | **$907,855.57** |
| **Expenses** | |
|    6010 Auto Expense | |
|      6011 Vehicle expense | 6,211.43 |
|    **Total 6010 Auto Expense** | **6,211.43** |
|    6200 Bank Charges & Merchant Fees | |
|      6202 Merchant & CC Fees | 5,283.07 |
|    **Total 6200 Bank Charges & Merchant Fees** | **5,283.07** |
|    6300 Business Supplies | |
|      6301 Office Supplies/ Expense | 418.82 |
|    **Total 6300 Business Supplies** | **418.82** |
|    6380 Employee Benefits | |
|      6381 401K Employer Match | 2,146.17 |
|      6382 Employee Meals | 74.88 |
|    **Total 6380 Employee Benefits** | **2,221.05** |
|    6400 Insurance | |
|      6490 Insurance Biil and Delores | 861.75 |
|      6491 Life Insurance | 1,125.00 |
|      6499 Insurance Cheryl Health | 1,123.73 |
|    **Total 6400 Insurance** | **3,110.48** |
|    6450 Interest Expense | 34,305.82 |
|    6500 Dues & Subscriptions | 49.94 |

# Holiday INN Webster

PROFIT AND LOSS

January - December 2020

|  | TOTAL |
|---|---:|
| 6600 Legal/Professional/Accounting Fees | |
|   6601 ADP Payroll Fees | |
|     6601.1 Payroll fees | -1,532.96 |
|   **Total 6601 ADP Payroll Fees** | **-1,532.96** |
| **Total 6600 Legal/Professional/Accounting Fees** | **-1,532.96** |
| 6780 Repair & Maintenance | |
|   6784 Landscaping & Lawn Maint | 19.01 |
|   6788 Building Repairs | 1,155.32 |
| **Total 6780 Repair & Maintenance** | **1,174.33** |
| 6800 Utilities | |
|   6820 Gas & Electricity | 6,328.07 |
|   6840 Internet | 1,621.10 |
|   6850 Water | 41,728.55 |
| **Total 6800 Utilities** | **49,677.72** |
| 6900 Taxes & Licenses | 6,829.42 |
| 6910 State Tax | 133.77 |
| 6999 Uncategorized Expense | 98,916.62 |
| Uncategorized Expense | 150.00 |
| wages | 283.14 |
| **Total Expenses** | **$207,232.65** |
| **NET OPERATING INCOME** | **$700,622.92** |
| Other Income | |
|   7000 Interest Income | 35.04 |
| **Total Other Income** | **$35.04** |
| **NET OTHER INCOME** | **$35.04** |
| **NET INCOME** | **$700,657.96** |