# UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| KORNBLUTH TEXAS, LLC | § | 21-32261 |
| | § | |
| DEBTOR | § | Chapter 11 |

## AGREED ORDER EXTENDING THE HEARING ON AUTHORIZATION FOR FINAL USE OF CASH COLLATERAL AND INTERIM USE OF CASH COLLATERAL

The parties, WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC., the Small Business Administration and Kornbluth Texas, LLC, are in agreement to extend the hearing date on authorization for final use of cash collateral from July 21, 2021 until after August 16, 2021, so that WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC. may take the Debtor's representative's deposition. Accordingly

It is ORDERED that the Debtor, Kornbluth Texas, LLC is authorized to continue use of cash collateral through and including the date set of the final hearing on use of cash collateral pursuant to the attached monthly budget which is set out as Exhibit "A". It is further

ORDERED that the United States and WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC shall receive replacement liens encumbering property of the estate acquired after the petition date in the same extent, validity, and priority to which their liens attached before the petition. It is further

ORDERED that the Debtor, Kornbluth Texas, LLC, may use cash collateral on an interim basis pending final hearing hereof, to pay payroll, utilities, supplies, franchise fees, State and local tax, internet and cable, maintenance supplies, food and beverage supplies, insurance, 401k fees, and uniforms.

Notwithstanding anything herein, all post-petition fees owed by Debtor to Holiday Hospitality Franchising, LLC ("HHF") pursuant to that certain Holiday Inn® Hotel Change of Ownership License Agreement dated October 20, 2016 (as may have been amended, the "License Agreement") between HHF, as licensor, and Debtor, as licensee, shall be paid in full on a monthly basis and in the ordinary course, and shall not be limited by the Budget.

The August 16, 2021, hearing is continued to August 30, 2021 at 1:00 p.m.

Signed: August 11, 2021

_____
Christopher Lopez
United States Bankruptcy Judge

APPROVED AND ENTRY REQUESTED:

/s/ Margaret M. McClure
_____
MARGARET M. MCCLURE
State Bar No. 00787997
25420 Kuykendahl Rd, Suite B300-1043
The Woodlands, Texas 77375
(713) 659-1333
(713) 658-0334 (fax)
E-mail: Margaret@mmmcclurelaw.com

ATTORNEY FOR DEBTOR


 /s/ Eric C. Seitz
Charles R. Gibbs (Texas State Bar No. 07846300)
Debbie Green (Admitted *Pro Hac Vice*)
Eric C. Seitz (Texas State Bar No. 24067863)
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: 469.715.4979
Facsimile: 972.692.7700
crgibbs@mwe.com
dgreen@mwe.com
eseitz@mwe.com

COUNSEL FOR WFCM 2016-LC25
WEST BAY AREA BOULEVARD, LLC


/s/ Richard A. Kincheloe
_____
Richard A. Kincheloe
Assistant United States Attorney
Attorney-in-Charge
United States Attorney's Office
Southern District of Texas
Texas Bar No. 24068107
S.D. Tex. ID No. 1132346
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9422

Facsimile: (713) 718-3033
Email: Richard.Kincheloe@usdoj.gov
**Attorney for the United States of America**

EXHIBIT "A"

**Kornbluth Texas, LLP**
**Budget**

| Income | | Total 1-14 Days | 30 days |
|---|---|---:|---:|
| Gross Monthly Income | | 122,000.00 | 279,000.00 |
| | Total | **122,000.00** | **279,000.00** |
| | | | |
| **Expenses** | | **Total 1-14 Days** | **30 days** |
| Employee Payroll | | 24,000.00 | 49,000.00 |
| State and Local Tax | | 13,000.00 | 25,000.00 |
| Utilities | | 7,500.00 | 15,000.00 |
| Supplies | | 7,500.00 | 15,000.00 |
| Maintenance Supplies | | 5,000.00 | 10,000.00 |
| Franchise | | 8,000.00 | 15,000.00 |
| Internet & Cable | | 2,500.00 | 5,000.00 |
| Insurance | | 600.00 | 600.00 |
| Food & Beverage Supplies | | 4,500.00 | 9,000.00 |
| Uniforms | | 125.00 | 250.00 |
| Unexpected Expense | | 2,500.00 | 5,000.00 |
| 401K | | 1,000.00 | 2,000.00 |
| | **Total Expenses** | **76,225.00** | **150,850.00** |
| | **Net Income** | **45,775.00** | **128,150.00** |