IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 21-32261 |
| **KORNBLUTH TEXAS, LLC,** § | |
| § | Chapter 11 |
| Debtor. § | |

**STIPULATION REGARDING PAYMENT OF
POST-PETITION LICENSE AGREEMENT FEES**
(Relates to ECF # 110)

Kornbluth Texas, LLC, the above-captioned debtor and debtor in possession (the "Debtor"), WFCM 2016-LC25 West Bay Area Boulevard, LLC ("Lender"), and Holiday Hospitality Franchising, LLC ("HHF," and together with the Debtor and Lender, the "Parties"), hereby enter into this *Stipulation Regarding Payment of Post-Petition License Agreement Fees*, and agree as follows:

**RECITALS**

A.  WHEREAS, HHF, as licensor, and the Debtor, as licensee, are parties to that certain Holiday Inn® Hotel Change of Ownership License Agreement dated October 20, 2016 (as may have been amended, the "License Agreement").

B.  WHEREAS, on July 5, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"). The Debtor continues to manage its property and its business as a debtor in possession pursuant to Bankruptcy Code sections 1107 and 1108. The Debtor's primary asset is its interest in the real property commonly known as Holiday Inn Webster and located at 302 West Bay Area Boulevard, Webster, Texas 77598.

C. WHEREAS, on October 13, 2021, the Court entered the *Agreed Order and Stipulation Authorizing Debtor to Use Cash Collateral on a Final Basis* [ECF # 110] (the "Cash Collateral Order"). As further provided and defined in the Cash Collateral Order, the Debtor is authorized to use the Lender's Cash Collateral in accordance with the Operating Budget (as the same may be amended or modified with the express prior written consent of Lender).

## STIPULATION

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Notwithstanding anything to the contrary in the Cash Collateral Order, the Debtor is authorized to pay all post-petition fees owed by the Debtor to HHF pursuant to the License Agreement on a monthly basis and in the ordinary course of business, and such payments shall not be limited by the Operating Budget.

[*Remainder of Page Intentionally Left Blank*]

AGREED TO FORM AND SUBSTANCE:

**OKIN ADAMS LLP**

By: */s/ Matthew S. Okin*
    Matthew S. Okin
    Texas Bar No. 00784695
    Email: mokin@okinadams.com
    Ryan A. O'Connor
    Texas Bar No. 24098190
    Email: roconnor@okinadams.com
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel: (713) 228-4100
    Fax: (888) 865-2118

**PROPOSED ATTORNEYS FOR THE DEBTOR**

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Eric C. Seitz*
    Charles R. Gibbs
    Texas Bar No. 07846300
    Eric C. Seitz
    Texas Bar No. 24067863
    2501 North Harwood Street, Suite 1900
    Dallas, Texas 75201
    Tel: (469) 715-4979
    Fax: (972) 692-7700
    Email: crgibbs@mwe.com
    Email: eseitz@mwe.com

**COUNSEL FOR WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC**

**ALSTON & BIRD LLP**

By: */s/ Leib M. Lerner*
    David A. Wender
    Texas State Bar No. 24081945
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
    Tel: (404) 881-7000
    Fax: (404) 881-7777
    Email: david.wender@alston.com

And

Leib M. Lerner
California State Bar No. 227323
Douglas J. Harris
California State Bar No. 329946
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Tel: (213) 576-1000
Fax: (213) 576-1100
Email: leib.lerner@alston.com
Email: douglas.harris@alston.com
*Admitted Pro Hac Vice*

**COUNSEL FOR HOLIDAY HOSPITALITY FRANCHISING, LLC**

4825-1189-6319, v. 1