United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 21-32261 |
| **KORNBLUTH TEXAS, LLC,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER SETTING STATUS CONFERENCE ON CHAPTER 11 CASE

The Court will conduct a status conference on this case on October 19, 2021 at 2:00 p.m. CT.

The hearing will be conducted by telephone and video conference. The dial-in telephone number for the hearing is 832-917-1510, Conference Code: 590153. To participate by video conference parties must connect through the website located at https://www.gotomeeting.com/meeting/join-meeting. The code for the meeting is JudgeLopez.

Cheryl Tyler must participate in the hearing.

Signed: October 15, 2021

_____
Christopher Lopez
United States Bankruptcy Judge