**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 21-32261** |
| **KORNBLUTH TEXAS, LLC,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

<u>**NOTICE OF EMERGENCY STATUS CONFERENCE**</u>

**PLEASE TAKE NOTICE** that:

1.      An Emergency Status Conference (the "<u>Status Conference</u>") has been set for **December 16, 2021 at 1:00 p.m.** (prevailing Central Time) before the Honorable Judge Christopher M. Lopez in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "<u>Court</u>).

2.      The Status Conference will be conducted electronically by audio and visual communication. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**.

3.      You may view video via **GoToMeeting**. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "**JudgeLopez**" in the GoToMeeting app or click the link on Judge Lopez's home page on the Southern District of Texas website.  Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

4.      Parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez.

5.      The Court has invoked the protocol outlined in General Order 2020-4, as invoked by General Orders 2020-10 and 2020-10a and extended by General Order 2020-20.  These orders may be found at: https://www.txs.uscourts.gov/bankruptcy/genord.  Therefore, all persons will appear telephonically, and also may appear via video at the Hearing using the Court's electronic conference systems.

6.      The Status Conference will be conducted electronically with counsel for the Debtor and all witnesses appearing remotely. Any person wishing to examine the witness will be permitted to do so during the Status Conference via audio and/or video, subject to approval of the Court. If a party wants to both see the documents and exhibits as presented to the Court and hear the proceeding, the party should (1) dial in through the audio system, and (2) log into the Court's video via GoToMeeting.

7.      Any exhibit offered by the Debtor will be filed on the Court's docket. Additionally, the Debtor may have demonstrative exhibits to aid in its presentation to the Court, copies of which may be obtained by any party by sending a request to the undersigned counsel to the Debtor at the email addresses listed below.

8.      If any party wishes to offer exhibits, these exhibits should be filed with the Clerk of the Court using the Court's CM/ECF system. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with Bankruptcy Local Rule 9013 and General Order 2020-04.

Respectfully submitted this 16th day of December, 2021.

**OKIN ADAMS LLP**

By:      /s/ *Matthew S. Okin*
        Matthew S. Okin
        Texas Bar No. 00784695
        Email: mokin@okinadams.com
        Ryan A. O'Connor
        Texas Bar No. 24098190
        Email: roconnor@okinadams.com
        1113 Vine St., Suite 240
        Houston, Texas 77002
        Tel: 713.228.4100
        Fax: 888.865.2118

**ATTORNEYS FOR THE DEBTOR**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2021, a true and correct copy of the foregoing Notice was served via this Court's CM/ECF notification system to those parties registered for service through the same.

By:      /s/ *Matthew S. Okin*
        Matthew S. Okin