IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 21-32261 |
| **Kornbluth Texas, LLC,** § | |
| § | Chapter 11 |
| Debtor. § | |

**United States' Notice of Appeal and Statement of Election**
**(Related to Doc. No. 149)**

The United States of America appeals to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 158 from the Interim Order Authorizing the Continued Use of Cash Collateral entered by the Bankruptcy Court in *In re Kornbluth Texas, LLC*, Case No. 21-32261, on December 17, 2021.

**Identify the appellant**

Name of the appellant:  United States of America.

Position of appellant in the bankruptcy case that is the subject of this appeal:  Secured creditor.

**Identify the subject of this appeal**

Describe the judgment, order, or decree appealed from:  Interim Order Authorizing the Continued Use of Cash Collateral entered at Doc. No. 149.

State the date on which the judgment, order, or decree was entered:  December 17, 2021.

**Identify the other parties to the appeal**

Party:    Kornbluth Texas, LLC

Attorney:  Matthew S. Okin

1

|  |  |
|---|---|
|  | 1113 Vine Street, Suite 240 |
|  | Houston, TX 77002 |
|  | Telephone: (713) 228-4100 |
|  | Facsimile:  (888) 865-2118 |
|  | Email:  mokin@okinadams.com |
| Party: | WFCM 2016-LC25 West Bay Area Boulevard, LLC |
| Attorney: | Eric C. Seitz |
|  | 2501 North Harwood Street, Suite 1900 |
|  | Dallas, TX 75201 |
|  | Telephone:  (469) 715-4979 |
|  | Facsimile:  (972) 692-7700 |
|  | Email:  eseitz@mwe.com |

**Election to have appeal heard by District Court**

A Bankruptcy Appellate Panel is not available in this District.  The United States elects to have the appeal heard by the United States District Court.

    Dated:  December 31, 2021.

                                              Respectfully submitted,

                                              JENNIFER B. LOWERY,
                                              United States Attorney

                                By:   *s/ Richard A. Kincheloe*
                                        Richard A. Kincheloe
                                        Assistant United States Attorney
                                        Attorney-in-Charge
                                        United States Attorney's Office
                                        Southern District of Texas
                                        Texas Bar No. 24068107

> S.D. Tex. ID No. 1132346
> 1000 Louisiana St., Suite 2300
> Houston, Texas 77002
> Telephone: (713) 567-9422
> Facsimile: (713) 718-3033
> Email: Richard.Kincheloe@usdoj.gov
> **Attorney for the United States**

## Certificate of Service

The undersigned certifies that he served a true and correct copy of the foregoing Notice on the parties receiving ECF notification in this case on December 31, 2021, by ECF notice.

> *s/ Richard A. Kincheloe*
> Richard A. Kincheloe
> Assistant United States Attorney