Charles R. Gibbs (SBN: 07846300)
Eric C. Seitz (SBN: 24067863)
**McDERMOTT WILL & EMERY LLP**
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: 214.295.8000
Facsimile: 972.232.3098
crgibbs@mwe.com
eseitz@mwe.com

**COUNSEL FOR WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KORNBLUTH TEXAS, LLC, | ) | Case No. 21-32261 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF WINNING BID AT FORECLOSE SALE

**PLEASE TAKE NOTICE** that on December 16, 2021, pursuant to the terms of the *Order Regarding WFCM 2016-LC25 West Bay Area Boulevard, LLC's Motion for Relief from the Automatic Stay with Respect to Non-Residential Real Property* [Docket No. 85], entered on September 30, 2021, WFCM 2016-LC25 West Bay Area Boulevard, LLC ("Lender")[1] gave notice (the "December 2021 Notice") of its election to foreclose on the Property.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to its *Notice of Foreclosure Sale* (the "Foreclosure Notice"),[2] dated December 9, 2021, Lender noticed the Property for a non-judicial foreclosure sale (the "Foreclosure Sale") to be conducted on January 4, 2022, between the hours of 10:00 a.m. and 4:00 p.m. (prevailing Central Time).

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Order.
[2] A copy of the Foreclosure Notice was attached as Exhibit A to the December 2021 Notice.

1

**PLEASE TAKE FURTHER NOTICE** that the Foreclosure Sale was conducted on January 4, 2022, pursuant to the Foreclosure Notice and the Deed of Trust (as defined in the Foreclosure Notice).

**PLEASE TAKE FURTHER NOTICE** that the highest bid for the Property at the Foreclosure Sale was $5,750,000.00, and Lender was the winning bidder.

Dated:  January 4, 2022

Respectfully submitted,

*/s/ Charles R. Gibbs*
Charles R. Gibbs (SBN: 07846300)
Eric C. Seitz (SBN: 24067863)
**McDERMOTT WILL & EMERY LLP**
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201
Telephone: 214.295.8000
Facsimile: 972.232.3098
crgibbs@mwe.com
eseitz@mwe.com

**COUNSEL FOR WFCM 2016-LC25 WEST BAY AREA BOULEVARD, LLC**

## **CERTIFICATE OF SERVICE**

      I certify that on January 4, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             */s/ Eric C. Seitz*
                                             Eric C. Seitz