United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 15, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 21-32261** |
| **KORNBLUTH TEXAS, LLC,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER DISMISSING CHAPTER 11 CASE**
**PURSUANT TO SECTION 1112 OF THE BANKRUPTCY CODE**
**(Relates to ECF # 180)**

The Court considered the *Motion for Entry of an Order Dismissing Chapter 11 Case Pursuant to Section 1112 of the Bankruptcy Code* (the "Motion"),[1] filed by Kornbluth Texas, LLC, the above-captioned debtor and debtor in possession (the "Debtor"). The Court having reviewed the Motion and any objections thereto; and based on the matters reflected in the record of the hearing held on the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that notice of the Motion was sufficient; and it appearing that the relief requested is in the best interests of the Debtor, the estate, creditors, and other parties in interest, and that good cause has been shown therefore, finds that the Motion should be GRANTED. It is therefore hereby **ORDERED** that:

1.      Within three (3) business days of the entry of this Order, the Debtor is authorized and directed to pay from remaining cash held by the Debtor all accrued administrative expenses and allowed professional fees subject to the Carve-Out as provided in the Court's cash collateral orders and any other applicable orders of this Court.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2.      After payment of the administrative claims and allowed professional fees set forth above, the Debtor is authorized and directed to distribute remaining cash on hand, if any, to WFCM 2016-LC25 West Bay Area Boulevard, LLC (the "Lender").

3.      Case No. 21-32261 filed by Kornbluth Texas, LLC is DISMISSED and CLOSED effective as of March 4, 2022.

4.      For the avoidance of doubt, nothing in this Order shall discharge the prepetition indebtedness owed to the Lender, and Lender expressly reserves all rights with respect to its pending litigation against the Debtor's principals.

5.      Notwithstanding Bankruptcy Rule 6004, this Order shall be effective and enforceable immediately upon entry.

6.      The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


Signed:  February 15, 2022                    _____
                                             Christopher Lopez
                                             United States Bankruptcy Judge

2